# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

TIMOTHY L. SNYDER,

        CASE NO. 2:11-cv-800

    Petitioner,

        District Judge Algenon L. Marbley
        Magistrate Judge Michael R. Merz

WARDEN, Marion Correctional Facility,

    Respondent.

## TRANSFER ORDER

With the consent of both of them and of District Judge Marbley, the reference of this case is hereby transferred from Magistrate Judge Deavers to Magistrate Judge Merz.

March 20, 2013.

        s/ *Michael R. Merz*
        United States Magistrate Judge